IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Martinez, Joaquin

Printed: 12/13/07

Case Number: 07 B 12672
Judge: Squires, John H
Filed: 7/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 711.32 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 672.91 |
| Trustee Fee: |  | 38.41 |
| Other Funds: |  | 0.00 |
| Totals: | 711.32 | 711.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 672.91 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 17,800.36 | 0.00 |
| 5. | Monterey Financial Services | Unsecured | 1,096.00 | 0.00 |
| 6. | Nuvell Credit Company LLC | Unsecured | 1,318.01 | 0.00 |
| 7. | American General Finance | Unsecured | 2,011.60 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 11,816.30 | 0.00 |
| 9. | American General Finance | Unsecured |  | No Claim Filed |
| 10. | HSBC Taxpayer Financial Services | Unsecured |  | No Claim Filed |
| 11. | American General Finance | Unsecured |  | No Claim Filed |
| 12. | American General Finance | Unsecured |  | No Claim Filed |
| 13. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Centrix Financial A/K/A FlatIron Fin | Unsecured |  | No Claim Filed |
| | | | $ 36,915.27 | $ 672.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 38.41 |
|  | $ 38.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Martinez, Joaquin

Printed: 12/13/07

Case Number:  07 B 12672
Judge:  Squires, John H
Filed:  7/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

